IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-291-GCM

| CHRISTINE CHISHOLM, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| TAUHEED EPPS, | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Peter D. Raymond,** filed July 8, 2015 [doc. # 3].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Raymond is admitted to appear before this court *pro hac vice* on behalf of defendant, Tauheed Epps.

**IT IS SO ORDERED.**

Signed: July 14, 2015

Graham C. Mullen
United States District Judge