IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CV-291-GCM

| | | |
|---|---|---|
| CHRISTINE CHISHOLM, | ) | |
|        Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| TAUHEED EPPS, | ) | |
|        Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Sarah Levitan,** filed July 8, 2015 [doc. # 4].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Ms. Levitan is admitted to appear before this court *pro hac vice* on behalf of defendant, Tauheed Epps.

**IT IS SO ORDERED.**

Signed: July 14, 2015

Graham C. Mullen
United States District Judge